Marissa A. Warren, Esq., State Bar No. 249583
Email: mwarren@ljdfa.com
Jennifer A. Schwarz, Esq., State Bar No. 253067
Email: jschwarz@ljdfa.com
Maria M. Ibrahim, Esq., State Bar No. 368143
Email: mibrahim@ljdfa.com
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379

Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

Martha Elvia Perez, an Individual,

Plaintiff,

vs.

Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100,

Defendants.

CASE NO.:
*[Removal from Superior Court of California, San Bernardino, Case No.: CIVRS2607688]*

**DECLARATION OF JENNIFER A. SCHWARZ, ESQ. IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**

*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Notice of Interested Parties; Request for Judicial Notice; and Exhibits]*

ACTION FILED: August 24, 2026

I, Jennifer A. Schwarz, hereby declare as follows:

1. I am an attorney at law duly admitted and authorized to practice before the courts of the State of California; and admitted to practice in the U.S. District Court, Central District of California; and am a Principal with La Follette, Johnson, DeHaas, Fesler & Ames, counsel of record for Defendant, GARFIELD BEACH CVS, LLC, in the above captioned action. I have personal knowledge of all the facts attested to in this declaration and could competently testify thereto if called as a witness in this proceeding.

///

2. On August 24, 2026, Plaintiff, MARTHA ELVIA PEREZ (hereinafter "Plaintiff"), filed a Complaint entitled Martha Elvia Perez v. Garfield Beach CVS, LLC, et al., Case No. CIVRS2607688 in the Superior Court of the State of California, County of San Bernardino relating to various negligence and premises liability claims from an incident on September 4, 2024. A true and correct copy of the Summons and Complaint is attached as **Exhibit A**.

3. On October 7, 2026, Plaintiff served the Summons and Complaint on Defendant, GARFIELD BEACH CVS, LLC. Attached hereto as **Exhibit B** is a true and correct copy of all pleadings, orders and other papers, and original Summons and Complaint related to this action.

4. I am informed and believe that Defendant, GARFIELD BEACH CVS, LLC, is now and was at the time Plaintiff filed her Complaint, the correct corporate entity for the CVS store at issue in Plaintiff's Complaint, identified as 11428 Kenyon Way in Rancho Cucamonga, California whose sole member is CVS Pharmacy, Inc., a Rhode Island Corporation. Attached as **Exhibit C** to the Request for Judicial Notice is a true and correct copy of the Business Entity Detail for Garfield Beach CVS, L.L.C. from the Secretary of State website.

5. I am further informed and believe that Defendant, GARFIELD BEACH CVS, LLC is now and was at the time Plaintiff filed her Complaint, a corporation organized under the laws of the State of Rhode Island, with its sole officers, principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island and formed in California.

6. I am further informed and believe that Garfield Beach CVS, L.L.C.'s sole member - CVS Pharmacy, Inc. - is a Rhode Island Corporation, organized under the laws of the State of Rhode Island, with its sole officers, principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island and formed in Rhode Island. Attached as **Exhibit D** to the Request for Judicial Notice is a true and correct copy of the Business Entity Detail of CVS Pharmacy, Inc.

from the Secretary of State for California website. Therefore, Garfield Beach CVS, LLC, is also a citizen of the State of Rhode Island, and not a citizen of the State of California.

7. I am further informed and believe that CVS Health Corporation, who has been named Defendant but has not been served to date, is now and was at the time Plaintiff filed her Complaint, a corporation organized under the laws of the State of Delaware. Attached as **Exhibit E** to the Request for Judicial Notice is a true and correct copy of the Business Entity Detail of CVS Health Corporation from the Secretary of State for Delaware website. CVS Health Corporation has consented to removal by Defendant Garfield Beach CVS, LLC. Therefore, the parties are diverse.

8. Based on my experience defending cases involving injury causes of action over the last 19 years, including premises liability matters, it is facially evident from the Complaint that Plaintiff has placed an amount in excess of $75,000.00 in controversy, exclusive of interest and costs. Specifically, Plaintiff, MARTHA ELVIA PEREZ alleges that she "sustained serious injuries due to unsafe conditions on Defendants' premises when a railing near the shopping carts inside the store suddenly broke while she was leaning against it, causing her to fall." *Cmplt*., **Ex. A**, pg. 7.

9. Plaintiff further alleges that "the negligence on the part of the defendants … are not limited to the negligent acts and/or omissions, … but also includes negligent hiring, entrustment, retaining, appointing, selecting, training, and/or supervising of those persons responsible for the foregoing acts and or omissions." *Id.* Plaintiff claims that alleged "negligent acts and/or omissions on the part of defendants… were direct and proximate causes of the damages sustained by Plaintiff." *Id.*

10. Moreover, I am informed and believe that Plaintiff has claimed economic damages related to past and future medical expenses in pre-settlement demand amount in excess of a six-figure range.

///

///

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

11. Defendant will file a Notice of Filing Notice of Removal and Removal of Action with the Clerk of the San Bernardino County Superior Court and will serve Plaintiff's counsel with a copy.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct, and that this declaration is being executed on this 30th day of October 2026, in Santa Ana, California.

Jennifer A. Schwarz

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ] ss.
COUNTY OF ORANGE ]

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 2677 North Main Street, Suite 901, Santa Ana, California 92705-6632.

On October 30, 2026, I served the foregoing document described as **DECLARATION OF JENNIFER A. SCHWARZ, ESQ. IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446** by emailing a true copy, pursuant to the service list as follows and to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system.

Stephan Airapetian, Esq.
**STEPHAN FILIP ARAYI**
100 W Broadway. Suite 1200
Glendale, CA 91210
Phone: (323) 303-3533
Fax: (323) 303-3534
Email: service@sfalaw.com
***Attorneys for Plaintiff, MARTHA ELVIA PEREZ***

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on October 30, 2026, at Santa Ana, California.

JESSICA GONZALEZ



LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES