Marissa A. Warren, Esq., State Bar No. 249583
Email: mwarren@ljdfa.com
Jennifer A. Schwarz, Esq., State Bar No. 253067
Email: jschwarz@ljdfa.com
Maria M. Ibrahim, Esq., State Bar No. 368143
Email: mibrahim@ljdfa.com
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379

Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

Martha Elvia Perez, an Individual,

Plaintiff,

vs.

Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100,

Defendants.

CASE NO.:
*[Removal from Superior Court of California, San Bernardino, Case No.: CIVRS2607688]*

**REQUEST FOR JUDICIAL NOTICE**

*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Notice of Interested Parties; Declaration of Jennifer A. Schwarz, Esq.; and Exhibits]*

ACTION FILED: August 24, 2026

Defendant GARFIELD BEACH CVS, L.L.C. (hereinafter "Defendant") hereby request that, pursuant to Federal Rule of Civil Procedure 201, the Court take judicial notice of the following:

1. GARFIELD BEACH CVS, LLC's Business Entity Detail from the California Secretary of State website, a true and correct copy is attached hereto as **Exhibit C.**
2. CVS PHARMACY, INC.'S Business Entity Detail from the California Secretary of State website, a true and correct copy is attached hereto as **Exhibit D.**
3. CVS Health Corporation's Business Entity Detail from the Delaware Secretary of State website, a true and correct copy is attached hereto as **Exhibit E.**

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

Under Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of any fact "not subject to reasonable dispute in that it is… capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court can judicially notice the contents of public records like those attached hereto as **Exhibits C, D, and E.**

## CONCLUSION

Based on the foregoing, the above Request for Judicial Notice filed in support of the Notice of Removal should be granted.

Dated: October 30, 2026

LA FOLLETTE, JOHNSON DeHAAS, FESLER & AMES

MARISSA A. WARREN, ESQ.
JENNIFER A. SCHWARZ, ESQ.
MARIA M. IBRAHIM, ESQ.
Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ] ss.
COUNTY OF ORANGE ]

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 2677 North Main Street, Suite 901, Santa Ana, California 92705-6632.

On October 30, 2026, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE** by emailing a true copy, pursuant to the service list as follows and to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system.

Stephan Airapetian, Esq.
**STEPHAN FILIP ARAYI**
100 W Broadway. Suite 1200
Glendale, CA 91210
Phone: (323) 303-3533
Fax: (323) 303-3534
Email: service@sfalaw.com
***Attorneys for Plaintiff, MARTHA ELVIA PEREZ***

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on October 30, 2026, at Santa Ana, California.

JESSICA GONZALEZ