# EXHIBIT C

BA20251070414

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251070414
Date Filed: 5/14/2025

B3687-8659 05/14/2025 7:42 AM Received by California Secretary of State

Entity Details

| | |
|---|---|
| Limited Liability Company Name | GARFIELD BEACH CVS, L.L.C. |
| Entity No. | 200432010237 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | None |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| CVS PHARMACY, INC. | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | Retail Pharmacy |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| + Thomas S Moffatt | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Melanie K. St Angelo* | *05/14/2025* |
| Signature | Date |

Certificate Verification No.: 448880944 Date: 04/21/2026