# EXHIBIT D

BA20251071477

B3688-2378 05/14/2025 10:04 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20251071477
Date Filed: 5/14/2025

Entity Details

| | |
|---|---|
| Corporation Name | CVS PHARMACY, INC. |
| Entity No. | 2543240 |
| Formed In | RHODE ISLAND |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | None |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Tracy L. Smith | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 | Chief Financial Officer, Chief Executive Officer |
| Thomas S. Moffatt | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 | Secretary |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Melanie K. St Angelo | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 | Assistant Secretary | |
| + Joshua C. Cole | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 | Assistant Treasurer | |

Directors

| Director Name | Director Address |
|---|---|
| Tracy L. Smith | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Thomas S. Moffatt | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | Healthcare Company |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Certificate Verification No.: 441207022 Date: 04/01/2026

B3688-2379 05/14/2025 10:04 AM Received by California Secretary of State

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Melanie K. St Angelo* | *05/14/2025* |
| Signature | Date |

Certificate Verification No.: 441207022 Date: 04/01/2026