# EXHIBIT E

Delaware.gov




**Department of State: Division of Corporations**

HOME

Frequently Asked Questions

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

To order a Certificate of Status, or a Certified Copy or Plain copy of a filed document, contact a Delaware online agent or submit a request using the Document Filing and Certificate Request Service.

For more information please read the Frequently Asked Questions page.

General Information Name Search

* Required Field

* Entity Name: cvs health corporation or * File Number:

[This field is not case sensitive.]
[For exact searches use quotation marks.]

Search

| FILE NUMBER | ENTITY NAME |
|---|---|
| 2656078 | CVS HEALTH CORPORATION |
| 5731408 | CVS HEALTH GROWTH EQUITY FUND I GP, LLC |
| 5731423 | CVS HEALTH GROWTH EQUITY FUND I, LP |
| 6722817 | CVS HEALTH GROWTH EQUITY, LLC |
| 7540123 | CVS HEALTH SOLUTIONS LLC |