NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Marissa A. Warren, Esq., State Bar No. 249583
Jennifer A. Schwarz, Esq., State Bar No. 253067
Maria M. Ibrahim, Esq., State Bar No. 368143
LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008

ATTORNEY(S) FOR: Defendant, GARFIELD BEACH CVS, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Martha Elvia Perez, an Individual

Plaintiff(s),

v.

Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100

Defendant(s)

CASE NUMBER:

5:26-cv-06462

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant, GARFIELD BEACH CVS, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Martha Elvia Perez | Plaintiff |
| Garfield Beach CVS, LLC | Defendant |
| CVS Health Corporation | Defendant |
| Marissa A. Warren, Esq. | Defendant's Counsel |
| Jennifer A. Schwarz, Esq. | Defendant's Counsel |
| Maria M. Ibrahim, Esq. | Defendant's Counsel |
| LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES | Defendant's Counsel |
| Stephan Airapetian, Esq. | Plaintiff's Counsel |
| STEPHAN FILIP ARAYI | Plaintiff's Counsel |

October 30, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, GARFIELD BEACH CVS, LLC