Marissa A. Warren, Esq., State Bar No. 249583
Email: mwarren@ljdfa.com
Jennifer A. Schwarz, Esq., State Bar No. 253067
Email: jschwarz@ljdfa.com
Maria M. Ibrahim, Esq., State Bar No. 368143
Email: mibrahim@ljdfa.com
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379

Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| Martha Elvia Perez, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100,<br><br>Defendants. | CASE NO.: 5:26-cv-06462<br>*[Removal from Superior Court of California, San Bernardino, Case No.: CIVRS2607688]*<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO THE CLERK OF THE SUPERIOR COURT AND TO THE PARTIES OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)**<br><br>ACTION FILED: August 24, 2026 |

I, Jennifer A. Schwarz, Esq., certify and declare as follows:

1. I am employed by the law firm of La Follette, Johnson, DeHaas, Fesler & Ames. I am over the age of 18 years, and am not a party to this action.

2. On October 30, 2026, Defendant filed and served a copy of the Notice to the Clerk of the San Bernardino County Superior Court and to the Other Parties of Removal to Federal Court Under 28 U.S.C. § 1441(b) addressed to all parties.

A copy of the Notice is attached as Exhibit A.

///

///

///

///



LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

Dated: November 6, 2026

LA FOLLETTE, JOHNSON DeHAAS, FESLER & AMES

MARISSA A. WARREN, ESQ.
JENNIFER A. SCHWARZ, ESQ.
MARIA M. IBRAHIM, ESQ.
Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

# EXHIBIT A

Marissa A. Warren, Esq., State Bar No. 249583
Jennifer A. Schwarz, Esq., State Bar No. 253067
Maria M. Ibrahim, Esq., State Bar No. 368143
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, CA 92705-6632
Telephone (714) 558-7008 · Facsimile (714) 972-0379
Email: mwarren@ljdfa.com
Email: jschwarz@ljdfa.com
Email: mibrahim@ljdfa.com

Attorneys for Defendant,
GARFIELD BEACH CVS, L.L.C.

Electronically Filed
Superior Court of California
County of San Bernardino
Rancho Cucamonga District
10/30/2026 5:12 PM
By: Camille Chamois, DEPUTY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN BERNARDINO – RANCHO CUCAMONGA DISTRICT**

Martha Elvia Perez, an Individual,

Plaintiff,

vs.

Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100,

Defendants.

Case No.: CIVRS2607688

ASSIGNED FOR ALL PURPOSES TO KORY MATHEWSON
DEPT. R12

**NOTICE TO THE CLERK OF THE SUPERIOR COURT OF SAN BERNARDINO AND TO OTHER PARTIES OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 144L(B)**

TRIAL DATE: None Set
ACTION FILED: 08/24/26

**TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO AND TO PLAINTIFF:**

PLEASE TAKE NOTICE that on October 30, 2026, Defendant, GARFIELD BEACH CVS, L.L.C. filed a Notice of Removal of this action in the United States District for the Central District of California.

A copy of the Notice of Removal is attached hereto as Exhibit 1. Pursuant to 28 U.S.C. § 1446, this Court shall proceed no further in this action, unless and until otherwise ordered.

///

///

///



LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

Dated: October 30, 2026

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

By: ______________________________

MARISSA A. WARREN, ESQ.
JENNIFER A. SCHWARZ, ESQ.
MARIA M. IBRAHIM, ESQ.
Attorneys for Defendant,
GARFIELD BEACH CVS, L.L.C.

# EXHIBIT 1

Marissa A. Warren, Esq., State Bar No. 249583
Email: mwarren@ljdfa.com
Jennifer A. Schwarz, Esq., State Bar No. 253067
Email: jschwarz@ljdfa.com
Maria M. Ibrahim, Esq., State Bar No. 368143
Email: mibrahim@ljdfa.com
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379

Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| Martha Elvia Perez, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100,<br><br>Defendants. | CASE NO.:<br>*[Removal from Superior Court of California, San Bernardino, Case No.: CIVRS2607688]*<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446**<br><br>*[Filed concurrently with Civil Cover Sheet; Notice of Interested Parties; Declaration of Jennifer A. Schwarz, Esq.; Request for Judicial Notice; and Exhibits]*<br><br>ACTION FILED: August 24, 2026 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant, GARFIELD BEACH CVS, LLC (hereinafter "Defendant"), hereby removes the state court action described below to this the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332(a), 1441(a)-(b), and 1446. Defendant provides the following "short and plain statement of the grounds for removal" pursuant to 28 U.S.C. § 1446(a).

## I. <u>THE STATE COURT ACTION.</u>

1. On August 24, 2026, Plaintiff, MARTHA ELVIA PEREZ (hereinafter "Plaintiff"), filed a Complaint entitled *Martha Elvia Perez v. Garfield Beach CVS, LLC,*



LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

*et al.*, Case No. CIVRS2607688 in the Superior Court of the State of California, County of San Bernardino. A true and correct copy of the Summons and Complaint is attached as **Exhibit A** to this Notice. The allegations of the Complaint are incorporated herein by reference without necessarily admitting the truth of any of them.

## II. <u>THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE MET.</u>

2. On October 7, 2026, Plaintiff served the Summons and Complaint on Defendant, GARFIELD BEACH CVS, L.L.C. via process service. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders and other papers, including the Summons and Complaint and the copy of legal process received by Defendant by processes server are attached hereto as **Exhibit B**. *See* Declaration of Jennfier A. Schwarz. ¶ 3. Based on the allegations in the Complaint, discussed below, the corporate entity for the CVS store at issue in Plaintiff's Complaint located in Rancho Cucamonga, California, is Garfield Beach CVS, LLC, whose sole member is CVS Pharmacy, Inc., a Rhode Island Corporation. *See* Declaration of Jennifer A. Schwarz, and **Exhibit C and D** to the Request For Judicial Notice**.**

3. Removal is timely. Defendant has removed this action within 30 days after receipt of a copy of the Complaint, pursuant to 28 U.S.C. § 1446(b).

4. Venue is proper. Plaintiff filed the state court action in the Superior Court of the State of California, County of San Bernardino. Venue therefore properly lies in the United States District Court for the Central District, Eastern Division of California, pursuant to 28 U.S.C. §§ 84(c)(3) and 1441(a).

5. As Garfield Beach CVS, L.L.C. is a limited liability corporation whose sole member is CVS Pharmacy, Inc., and Garfield Beach CVS, L.L.C. is also an out-of-state Defendant, removal is proper.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the Clerk of the Superior Court of the State of California, County of San Bernardino.

///

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

## III. THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(a)-(b).

7. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a) and 1441(a)-(b) because the action is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. The Parties Are Diverse.

8. Diversity between the Plaintiff and the properly named Defendant existed at the time the Complaint was filed and continues to exist at the time of this removal.

9. Plaintiff filed her complaint attached herein as Exhibit A in the County of San Bernardino. *Cmplt*, **Ex. A.** Based on this information, Defendant, believes that at the time Plaintiff filed her Complaint, Plaintiff was and remains a citizen of California.

10. Defendant GARFIELD BEACH CVS, LLC in this action is now, and was at the time Plaintiff filed her Complaint, a limited liability company organized under the laws of the State of California, with as its sole member Defendant CVS PHARMACY, INC., a citizen of the State of Rhode Island. *See* JAS Decl. ¶¶ 4-6 and **Exhibit C and D** to the Request for Judicial Notice.

11. A limited liability company is a citizen of the same state or states as its owners/members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). Therefore, Defendant GARFIELD BEACH CVS, LLC, is also a citizen of the State of Rhode Island, and not a citizen of the State of California.

12. Defendant GARFIELD BEACH CVS, LLC's sole member CVS Pharmacy Inc., is now, and was at the time Plaintiff filed her Complaint, an LLC which has the citizenship of its members and its sole member is a corporation organized under the laws of the State of Rhode Island, with its principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island. *See* JAS Decl. ¶¶ 4-6, and **Exhibit C and D** to Request for Judicial Notice. Thus, at all times relevant hereto, Defendant GARFIELD BEACH CVS, L.L.C., has been a citizen of

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

Rhode Island, and not a citizen of California.

13. CVS Health Corporation, which has been named as a Defendant has not been served to date. CVS Health Corporation is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Rhode Island. See JAS, Decl. ¶ 7, and **Exhibit E** to Request for Judicial Notice. CVS Health Corporation consents to removal of this action. Therefore there is complete diversity of the parties.

14. Further, a corporation that is formed in California is still diverse if its officers or nerve center are out of state. Hertz Corp. v. Friend, 559 US 77 (2010). Thus, at all times relevant hereto, Defendant GARFIELD BEACH CVS, L.L.C. would be a citizen of Rhode Island, and not a citizen of California.

15. In determining whether a civil action is properly removable on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a), courts disregard the citizenship of defendants sued under fictitious names. 28 U.S.C. § 1441(b)(1). The citizenship of "Does 1-50" named in the Complaint is therefore immaterial with respect to removal.

16. Since Plaintiff is, and was at the time they filed the Complaint, a citizen of California and because, at the time Plaintiff filed her Complaint, Defendant GARFIELD BEACH CVS, LLC is and was a citizen of Rhode Island, diversity of citizenship exists between the parties and it existed at the time the Complaint was filed.

**B. The Amount in Controversy Exceeds $75,000.**

17. Pursuant to 28 U.S.C. § 1446(c)(2)(B), removal is proper on the basis of an amount in controversy if a court finds, by the preponderance of the evidence, that the amount in controversy exceeds $75,000.

18. A removing Defendant need only show that the amount in controversy "more likely than not" exceeds the jurisdictional minimum of $75,000. Sanchez v. Monumental Life Ins. Co., 102 F.3d 398, 404 (9th Cir. 1996). When the amount in controversy is not specified in the complaint, the court may consider the facts alleged in the complaint as well as in the notice of removal. See Singer v. State Farm Mut. Auto.

Ins. Co., 116 F.3d 373, 376 (9th Cir. 1997); Simmons v. PCR Tech., 209 F. Supp. 2d 1029, 1031 (N.D. Cal. 2002).

19. To ascertain the amount in controversy, a district court takes into account claims for general damages, pain and suffering, out-of-pocket loss, emotional distress, punitive damages and attorney's fees. Richmond v. Allstate Ins. Co., 897 F. Supp. 447, 449-50 (S.D. Cal. 1995). In addition, "the amount in controversy is not measured by the low end of an open-ended claim, but rather by reasonable reading of the value of the rights being litigated." Kenneth Rothschild Trust v. Morgan Stanley Dean Witter, 199 F. Supp. 2d 993, 1001 (C.D. Cal. 2002) (internal citations omitted).

20. Plaintiff, MARTHA ELVIA PEREZ alleges that she "sustained serious injuries due to unsafe conditions on Defendants' premises when a railing near the shopping carts inside the store suddenly broke while she was leaning against it, causing her to fall." *Cmplt*., **Ex. A**, pg. 7.

21. Plaintiff claims that alleged "negligent acts and/or omissions on the part of defendants… were direct and proximate causes of the damages sustained by Plaintiff." *Id.*

22. Plaintiff thus seeks general damages and damages for hospital and medical expenses. *Id* at pg. 6. Moreover, in pre-litigation communications with counsel for Plaintiff, Plaintiff claimed economic damages related to past and future medical expenses in excess of six-figures. *see* JAS Decl. ¶¶ 8-10.

23. It is thus facially apparent from the Complaint that Plaintiff's claim exceeds $75,000. See Luckett v. Delta Airlines, Inc., 171 F.3d 295, 298 (5th Cir. 1999) (amount in controversy found to exceed the jurisdictional threshold. As in Luckett, because Plaintiff has alleged non-economic and economic damages relative to his injuries, this Court can and should use its "judicial experience and common sense" in determining that it is facially apparent from the Complaint that Plaintiff's claims exceed $75,000. Roe v. Michelin North America, Inc., 613 F.3d 1058, 1062 (11th Cir. 2010) ("A district court need not 'suspend reality or shelve common sense in determining whether the face

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

of a complaint . . . establishes the jurisdictional amount.'").

24. By removing this action to this Court, Defendant does not waive any defenses, objections, or motions available to them under state or federal law. Defendant expressly reserves the right to move for dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendant GARFIELD BEACH CVS, LLC, respectfully request that the action pending in the Superior Court for the State of California, County of San Bernardino, be removed in its entirety to this Court.

Dated: October 30, 2026

LA FOLLETTE, JOHNSON DeHAAS, FESLER & AMES

MARISSA A. WARREN, ESQ.
JENNIFER A. SCHWARZ, ESQ.
MARIA M. IBRAHIM, ESQ.
Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ] ss.
COUNTY OF ORANGE ]

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 2677 North Main Street, Suite 901, Santa Ana, California 92705-6632.

On October 30, 2026, I served the foregoing document described as **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446** by emailing a true copy, pursuant to the service list as follows and to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system.

Stephan Airapetian, Esq.
**STEPHAN FILIP ARAYI**
100 W Broadway. Suite 1200
Glendale, CA 91210
Phone: (323) 303-3533
Fax: (323) 303-3534
Email: service@sfalaw.com
***Attorneys for Plaintiff, MARTHA ELVIA PEREZ***

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on October 30, 2026, at Santa Ana, California.

JESSICA GONZALEZ

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

Marissa A. Warren, Esq., State Bar No. 249583
Email: mwarren@ljdfa.com
Jennifer A. Schwarz, Esq., State Bar No. 253067
Email: jschwarz@ljdfa.com
Maria M. Ibrahim, Esq., State Bar No. 368143
Email: mibrahim@ljdfa.com
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379

Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

Martha Elvia Perez, an Individual,

Plaintiff,

vs.

Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100,

Defendants.

CASE NO.:
*[Removal from Superior Court of California, San Bernardino, Case No.: CIVRS2607688]*

**DECLARATION OF JENNIFER A. SCHWAR , ESQ. IN SUPPORT OF DEFENDANT S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**

*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Notice of Interested Parties; Request for Judicial Notice; and Exhibits]*

ACTION FILED: August 24, 2026

I, Jennifer A. Schwarz, hereby declare as follows:

1. I am an attorney at law duly admitted and authorized to practice before the courts of the State of California; and admitted to practice in the U.S. District Court, Central District of California; and am a Principal with La Follette, Johnson, DeHaas, Fesler & Ames, counsel of record for Defendant, GARFIELD BEACH CVS, LLC, in the above captioned action. I have personal knowledge of all the facts attested to in this declaration and could competently testify thereto if called as a witness in this proceeding.

///



LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

2. On August 24, 2026, Plaintiff, MARTHA ELVIA PEREZ (hereinafter "Plaintiff"), filed a Complaint entitled Martha Elvia Perez v. Garfield Beach CVS, LLC, et al., Case No. CIVRS2607688 in the Superior Court of the State of California, County of San Bernardino relating to various negligence and premises liability claims from an incident on September 4, 2024. A true and correct copy of the Summons and Complaint is attached as **Exhibit A**.

3. On October 7, 2026, Plaintiff served the Summons and Complaint on Defendant, GARFIELD BEACH CVS, LLC. Attached hereto as **Exhibit B** is a true and correct copy of all pleadings, orders and other papers, and original Summons and Complaint related to this action.

4. I am informed and believe that Defendant, GARFIELD BEACH CVS, LLC, is now and was at the time Plaintiff filed her Complaint, the correct corporate entity for the CVS store at issue in Plaintiff's Complaint, identified as 11428 Kenyon Way in Rancho Cucamonga, California whose sole member is CVS Pharmacy, Inc., a Rhode Island Corporation. Attached as **Exhibit C** to the Request for Judicial Notice is a true and correct copy of the Business Entity Detail for Garfield Beach CVS, L.L.C. from the Secretary of State website.

5. I am further informed and believe that Defendant, GARFIELD BEACH CVS, LLC is now and was at the time Plaintiff filed her Complaint, a corporation organized under the laws of the State of Rhode Island, with its sole officers, principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island and formed in California.

6. I am further informed and believe that Garfield Beach CVS, L.L.C.'s sole member - CVS Pharmacy, Inc. - is a Rhode Island Corporation, organized under the laws of the State of Rhode Island, with its sole officers, principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island and formed in Rhode Island. Attached as **Exhibit D** to the Request for Judicial Notice is a true and correct copy of the Business Entity Detail of CVS Pharmacy, Inc.

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

from the Secretary of State for California website. Therefore, Garfield Beach CVS, LLC, is also a citizen of the State of Rhode Island, and not a citizen of the State of California.

7. I am further informed and believe that CVS Health Corporation, who has been named Defendant but has not been served to date, is now and was at the time Plaintiff filed her Complaint, a corporation organized under the laws of the State of Delaware. Attached as **Exhibit E** to the Request for Judicial Notice is a true and correct copy of the Business Entity Detail of CVS Health Corporation from the Secretary of State for Delaware website. CVS Health Corporation has consented to removal by Defendant Garfield Beach CVS, LLC. Therefore, the parties are diverse.

8. Based on my experience defending cases involving injury causes of action over the last 19 years, including premises liability matters, it is facially evident from the Complaint that Plaintiff has placed an amount in excess of $75,000.00 in controversy, exclusive of interest and costs. Specifically, Plaintiff, MARTHA ELVIA PEREZ alleges that she "sustained serious injuries due to unsafe conditions on Defendants' premises when a railing near the shopping carts inside the store suddenly broke while she was leaning against it, causing her to fall." *Cmplt.*, **Ex. A**, pg. 7.

9. Plaintiff further alleges that "the negligence on the part of the defendants … are not limited to the negligent acts and/or omissions, … but also includes negligent hiring, entrustment, retaining, appointing, selecting, training, and/or supervising of those persons responsible for the foregoing acts and or omissions." *Id.* Plaintiff claims that alleged "negligent acts and/or omissions on the part of defendants… were direct and proximate causes of the damages sustained by Plaintiff." *Id.*

10. Moreover, I am informed and believe that Plaintiff has claimed economic damages related to past and future medical expenses in pre-settlement demand amount in excess of a six-figure range.

///

///

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

11. Defendant will file a Notice of Filing Notice of Removal and Removal of Action with the Clerk of the San Bernardino County Superior Court and will serve Plaintiff's counsel with a copy.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct, and that this declaration is being executed on this 30th day of October 2026, in Santa Ana, California.

Jennifer A. Schwarz

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ] ss.
COUNTY OF ORANGE ]

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 2677 North Main Street, Suite 901, Santa Ana, California 92705-6632.

On October 30, 2026, I served the foregoing document described as **DECLARATION OF JENNIFER A. SCHWAR , ESQ. IN SUPPORT OF DEFENDANT S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446** by emailing a true copy, pursuant to the service list as follows and to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system.

Stephan Airapetian, Esq.
**STEPHAN FILIP ARAYI**
100 W Broadway. Suite 1200
Glendale, CA 91210
Phone: (323) 303-3533
Fax: (323) 303-3534
Email: service@sfalaw.com
***Attorneys for Plaintiff, MARTHA ELVIA PEREZ***

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on October 30, 2026, at Santa Ana, California.

JESSICA GONZALEZ

# EXHIBIT A

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Martha Elvia Perez, an Individual

***FOR COURT USE ONLY***
***(SOLO PARA USO DE LA CORTE)***

Electronically Filed
Superior Court of California
County of San Bernardino
Rancho Cucamonga District
8/25/2026
By: Sabrina Jamison, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡**AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* County of San Bernardino Superior Court
8303 Haven Avenue Rancho Cucamonga, CA 91730
Civil Division of the Rancho Cucamonga District

CASE NUMBER:
*(Número del Caso):* CIVRS2607688

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Stephan Airapetian, 100 W. Broadway, Suite 1200, Glendale, CA 91210 (323)303-3533

DATE: *(Fecha)* 8/25/2026 Clerk, by *(Secretario)* /s/ Sabrina Jamison , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]




**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: Garfield Beach CVS, LLC, a California Limited Liability Company

under:
- ☐ CCP 416.10 (corporation)
- ☐ CCP 416.20 (defunct corporation)
- ☑ CCP 416.40 (association or partnership)
- ☐ CCP 416.60 (minor)
- ☐ CCP 416.70 (conservatee)
- ☐ CCP 416.90 (authorized person)
- ☐ other *(specify)*:

4. ☒ by personal delivery on *(date)*: OCT 07 2026

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| STATE BAR NUMBER: 293348<br>NAME: Stephan Airapetian, Esq.<br>FIRM NAME: Stephan Filip Arayi<br>STREET ADDRESS: 100 W Broadway, Suite 1200<br>CITY: Glendale STATE: CA ZIP CODE: 91210<br>TELEPHONE NO.: (323) 303-3533 FAX NO.: (323) 303-3534<br>EMAIL ADDRESS: service@sfalaw.com<br>ATTORNEY FOR *(name)*: Martha Elvia Perez | Electronically Filed<br>Superior Court of California<br>County of San Bernardino<br>Rancho Cucamonga District<br>8/24/2026 3:29 PM<br>By: Sabrina Jamison, DEPUTY |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br>STREET ADDRESS: 8303 Haven Avenue<br>MAILING ADDRESS: 8303 Haven Avenue<br>CITY AND ZIP CODE: Rancho Cucamonga, CA 91730<br>BRANCH NAME: Civil Division of the Rancho Cucamonga District | |
| PLAINTIFF: Martha Elvia Perez, an Individual<br>DEFENDANT: Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and<br>☑ DOES 1 TO 100 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED *(Number)*:**<br>**Type *(check all that apply)*:**<br>☐ **MOTOR VEHICLE** ☑ **OTHER *(specify)*:** Premises Liability<br>☐ **Property Damage** ☐ **Wrongful Death**<br>☑ **Personal Injury** ☑ **Other Damages *(specify)*:** | CASE NUMBER:<br><br>CIVRS2607688 |
| **Jurisdiction** *(check all that apply)*:<br>☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint**<br>☐ **from limited to unlimited**<br>☐ **from unlimited to limited** | |

1. **Plaintiff** *(name or names)*: Martha Elvia Perez, an Individual
   alleges causes of action against **defendant** *(name or names)*:
   Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* Garfield Beach CVS, LLC
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☑ other *(specify):* a California Limited Liability Company

   b. ☑ **except** defendant *(name):* CVS Health Corporation
      (1) ☐ a business organization, form unknown.
      (2) ☑ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1 to 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1 to 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [ ] Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*
   a. [ ] wage loss.
   b. [ ] loss of use of property.
   c. [x] hospital and medical expenses.
   d. [x] general damage.
   e. [ ] property damage.
   f. [ ] loss of earning capacity.
   g. [ ] other damage *(specify)*:

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages.
      (2) [ ] punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [x] according to proof.
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 08/24/2026

Stephan Airapetian, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)



For your protection and privacy, please press the Clear This Form button after you have printed the form. Print this form Save this form Clear this form

PLD-PI-001(2)

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

First (number) **CAUSE OF ACTION—General Negligence** Page 4

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Martha Elvia Perez, an Individual

alleges that defendant *(name)*: Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and

☑ Does 1 to 100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 09/04/2024

at *(place)*: 11428 Kenyon Way, Rancho Cucamonga, CA 91701

*(description of reasons for liability)*:

Plaintiff realleges and incorporates by reference each and every allegation contained in the first four pages of this Complaint as though fully set forth herein.

On or about September 4, 2024, Martha Elvia Perez ("Plaintiff") sustained serious injuries due to unsafe conditions on Defendants' premises when a railing near the shopping carts inside the store suddenly broke while she was leaning against it, causing her to fall.

The negligence on the part of defendants, and each of them, are not limited to the negligent acts and/or omissions described above, but also includes the negligent hiring, entrustment, retaining, appointing, selecting, training, and/or supervising of those persons responsible for the foregoing acts and or omissions.

The foregoing negligent acts and/or omissions on the part of the defendants, and each of them, were direct and proximate causes of the damages sustained by Plaintiff.

PLD-PI-001(4)

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

Second (number) **CAUSE OF ACTION—Premises Liability** Page 5

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Martha Elvia Perez, an Individual
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 09/04/2024 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
On or about September 4, 2024, Martha Elvia Perez ("Plaintiff") sustained serious injuries due to unsafe conditions on Defendants' premises when a railing near the shopping carts inside the store suddenly broke while she was leaning against it, causing her to fall.

Prem.L-2. ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and
☑ Does 1 to 100

Prem.L-3. ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

☐ Does ______ to ______

Plaintiff, a recreational user, was ☑ an invited guest ☐ a paying guest.

Prem.L-4. ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does ______ to ______

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☐ Does ______ to ______

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

# EXHIBIT B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

Electronically Filed
Superior Court of California
County of San Bernardino
Rancho Cucamonga District
8/25/2026
By: Sabrina Jamison, DEPUTY

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Martha Elvia Perez, an Individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡**AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California* (www.sucorte.ca.gov)*, en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services,* (www.lawhelpcalifornia.org)*, en el Centro de Ayuda de las Cortes de California,* (www.sucorte.ca.gov) *o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* County of San Bernardino Superior Court
8303 Haven Avenue Rancho Cucamonga, CA 91730
Civil Division of the Rancho Cucamonga District

CASE NUMBER: *(Número del Caso):* CIVRS2607688

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Stephan Airapetian, 100 W. Broadway, Suite 1200, Glendale, CA 91210 (323)303-3533

DATE: *(Fecha)* 8/25/2026 Clerk, by *(Secretario)* /s/ Sabrina Jamison , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Garfield Beach CVS, LLC, a California Limited Liability Company

under:
- ☐ CCP 416.10 (corporation)
- ☐ CCP 416.20 (defunct corporation)
- ☒ CCP 416.40 (association or partnership)
- ☐ CCP 416.60 (minor)
- ☐ CCP 416.70 (conservatee)
- ☐ CCP 416.90 (authorized person)
- ☐ other *(specify)*:

4. ☒ by personal delivery on *(date)*: OCT 07 2026

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| STATE BAR NUMBER: 293348<br>NAME: Stephan Airapetian, Esq.<br>FIRM NAME: Stephan Filip Arayi<br>STREET ADDRESS: 100 W Broadway, Suite 1200<br>CITY: Glendale STATE: CA ZIP CODE: 91210<br>TELEPHONE NO.: (323) 303-3533 FAX NO.: (323) 303-3534<br>EMAIL ADDRESS: service@sfalaw.com<br>ATTORNEY FOR (name): Martha Elvia Perez | Electronically Filed<br>Superior Court of California<br>County of San Bernardino<br>Rancho Cucamonga District<br>8/24/2026 3:29 PM<br>By: Sabrina Jamison, DEPUTY |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br>STREET ADDRESS: 8303 Haven Avenue<br>MAILING ADDRESS: 8303 Haven Avenue<br>CITY AND ZIP CODE: Rancho Cucamonga, CA 91730<br>BRANCH NAME: Civil Division of the Rancho Cucamonga District | |
| PLAINTIFF: Martha Elvia Perez, an Individual<br>DEFENDANT: Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and<br>☑ DOES 1 TO 100 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED *(Number):***<br>**Type *(check all that apply):***<br>☐ **MOTOR VEHICLE** ☑ **OTHER *(specify):*** Premises Liability<br>☐ **Property Damage** ☐ **Wrongful Death**<br>☑ **Personal Injury** ☑ **Other Damages *(specify):*** | CASE NUMBER:<br>CIVRS2607688 |
| **Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint**<br>☐ **from limited to unlimited**<br>☐ **from unlimited to limited** | |

1. **Plaintiff** *(name or names):* Martha Elvia Perez, an Individual
   alleges causes of action against **defendant** *(name or names):*
   Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☑ **except** defendant *(name):* Garfield Beach CVS, LLC
(1) ☐ a business organization, form unknown.
(2) ☐ a corporation.
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☑ other *(specify):*
a California Limited Liability Company

b. ☑ **except** defendant *(name):* CVS Health Corporation
(1) ☐ a business organization, form unknown.
(2) ☑ a corporation.
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

c. ☐ **except** defendant *(name):*
(1) ☐ a business organization, form unknown.
(2) ☐ a corporation.
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*
(1) ☐ a business organization, form unknown.
(2) ☐ a corporation.
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☑ Doe defendants *(specify Doe numbers):* 1 to 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☑ Doe defendants *(specify Doe numbers):* 1 to 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**

a. ☐ has complied with applicable claims statutes, **or**
b. ☐ is excused from complying because *(specify):*

**PLD-PI-001**

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   - a. ☐ Motor Vehicle
   - b. ☑ General Negligence
   - c. ☐ Intentional Tort
   - d. ☐ Products Liability
   - e. ☑ Premises Liability
   - f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
   - a. ☐ wage loss.
   - b. ☐ loss of use of property.
   - c. ☑ hospital and medical expenses.
   - d. ☑ general damage.
   - e. ☐ property damage.
   - f. ☐ loss of earning capacity.
   - g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   - a. ☐ listed in Attachment 12.
   - b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   - a. (1) ☑ compensatory damages.
     (2) ☐ punitive damages.
   - b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) ☑ according to proof.
     (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 08/24/2026

Stephan Airapetian, Esq.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

PLD-PI-001(2)

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

First (number) **CAUSE OF ACTION—General Negligence** Page 4

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Martha Elvia Perez, an Individual

alleges that defendant *(name)*: Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and

☑ Does 1 to 100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 09/04/2024

at *(place)*: 11428 Kenyon Way, Rancho Cucamonga, CA 91701

*(description of reasons for liability)*:

Plaintiff realleges and incorporates by reference each and every allegation contained in the first four pages of this Complaint as though fully set forth herein.

On or about September 4, 2024, Martha Elvia Perez ("Plaintiff") sustained serious injuries due to unsafe conditions on Defendants' premises when a railing near the shopping carts inside the store suddenly broke while she was leaning against it, causing her to fall.

The negligence on the part of defendants, and each of them, are not limited to the negligent acts and/or omissions described above, but also includes the negligent hiring, entrustment, retaining, appointing, selecting, training, and/or supervising of those persons responsible for the foregoing acts and or omissions.

The foregoing negligent acts and/or omissions on the part of the defendants, and each of them, were direct and proximate causes of the damages sustained by Plaintiff.



Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | CASE NUMBER: |
|---|---|

Second (number) **CAUSE OF ACTION—Premises Liability** Page 5

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Martha Elvia Perez, an Individual

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* 09/04/2024 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

On or about September 4, 2024, Martha Elvia Perez ("Plaintiff") sustained serious injuries due to unsafe conditions on Defendants' premises when a railing near the shopping carts inside the store suddenly broke while she was leaning against it, causing her to fall.

Prem.L-2. ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and

☑ Does 1 to 100

Prem.L-3. ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

☐ Does ______ to ______

Plaintiff, a recreational user, was ☑ an invited guest ☐ a paying guest.

Prem.L-4. ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does ______ to ______

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☐ Does ______ to ______

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| STATE BAR NUMBER: 293348<br>NAME: Stephan Airapetian, Esq.<br>FIRM NAME: Stephan Filip Arayi<br>STREET ADDRESS: 100 W Broadwav. Suite 1200<br>CITY: Glendale STATE: CA ZIP CODE: 91210<br>TELEPHONE NO.: (323) 303-3533 FAX NO.: (323) 303-3534<br>EMAIL ADDRESS: service@sfalaw.com<br>ATTORNEY FOR *(name)*: Martha Elvia Perez | Electronically Filed<br>Superior Court of California<br>County of San Bernardino<br>Rancho Cucamonga District<br>8/24/2026 3:29 PM<br>By: Sabrina Jamison, DEPUTY |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br>STREET ADDRESS: 8303 Haven Avenue<br>MAILING ADDRESS: 8303 Haven Avenue<br>CITY AND ZIP CODE: Rancho Cucamonga, CA 91730<br>BRANCH NAME: Civil Division of the Rancho Cucamonga District | |
| CASE NAME:<br>Martha Elvia Perez v. Garfield Beach CVS, LLC, et al. | |

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: CIVRS2607688 |
|---|---|---|
| ☑ **Unlimited** (Amount demanded exceeds $35,000) ☐ **Limited** (Amount demanded is $35,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2 and examples on page 3).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Asbestos**
- ☐ Asbestos (04)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/Unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Song-Beverly Act: Motor Vehicle Lemon Law (49)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Employment Development Department (EDD)**
- ☐ EDD decision review (48)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.404)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Comprehensive groundwater adjudication (47)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. Is this case complex under rule 3.400 of the California Rules of Court? ☐ Yes ☑ No

   If the case is complex, mark the factors requiring exceptional judicial management:

   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*:

   a. ☑ monetary
   b. ☐ nonmonetary; declaratory or injunctive relief
   c. ☐ punitive

4. Number of causes of action *(specify)*: Two (2)

5. Is this case a class action suit? ☐ Yes ☑ No

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 08/24/2026

Stephan Airapetian, Esq.
Type or print name

▶ [signature]
Signature of party or attorney for party

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, or a collections case under rule 3.740, you must serve a copy of this cover sheet on all other parties to the action or proceeding. (Cal. Rules of Court, rule 3.220.)
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on pages 1 and 2. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided on page 3 of this form. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 of the California Rules of Court is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $35,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**SEE PAGE 3 FOR INFORMATION PURPOSES ONLY.**

## CASE TYPES AND EXAMPLES

The list below provides explanations and examples for the case type checkboxes listed in item 1 on this form. The lists of examples below are not meant to be exhaustive, and some case types may have causes of action not listed here.

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/ Wrongful Death
- Uninsured Motorist *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)* (46)

**Asbestos**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Product Liability *(not asbestos or environmental/toxic tort)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud *(other than contract)* (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud)*
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Song-Beverly Act: Motor Vehicle Lemon Law *(check this item if the case involves a Song-Beverly Act claim regarding a motor vehicle)* (49)
- Rule 3.740 Collections *(as defined in Cal. Rules of Court, rule 3.740(a))* (09)
- Other Collections (e.g., money owed, open book accounts, promissory note) (09)
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not unlawful detainer)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs *(if the case involves illegal drugs, check this item; otherwise, choose Commercial or Residential)* (38)

**Judicial Review**
- Asset Forfeiture (05)
- Petition re Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Employment Development Department (EDD)**
- EDD Decision Review *(if the case involves an Employment Development Department decision, check this item instead of wrongful termination or other employment)* (48)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.404)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Comprehensive Groundwater Adjudication (47)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister-State Judgment
  - Administrative Agency Award
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanic's Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/ non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Government Claim Requirement
  - Other Civil Petition



For your protection and privacy, please press the Clear button after you have printed the form. Print Save Clear

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Martha Elvia Perez

vs.

Garfield Beach CVS, LLC,, et al.

Case No.: CIVRS2607688

## CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the San Bernardino District of the Superior Court under Rule131 and General Order of this court for the checked reason:

- [■] General
- [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3. Contract | Performance in the district is expressly provided for. |
| [ ] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [X] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other ______ | ______ |
| [ ] | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Injury occured within the District - CVS
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR

11428 Kenyon Way
ADDRESS

Rancho Cucamonga
CITY

CA
STATE

91701
ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on August 24, 2026 at Glendale, California.

______________________
*Signature of Attorney/Party*

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
Rancho Cucamonga District
8303 Haven Avenue
Rancho Cucamonga California 91730
sanbernardino.courts.ca.gov
909-350-9764

| Perez -v- Garfield Beach CVS, LLCet al | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number<br>CIVRS2607688 |

Stephan Filip Arayi
100 W Broadway
Suite 1200
Glendale CA 91210

service@sfalaw.com

This case has been assigned to: Kory Mathewson in Department R12 - Rancho Cucamonga for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 2/25/2027 at 9:00 AM in Department R12 - Rancho Cucamonga

Date: 8/25/2026

By: Sabrina Jamison
Deputy Clerk

---

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court of California, County of San Bernardino at the above listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:

☐ Enclosing in a sealed envelope and depositing in the mail with postage thereon fully prepaid, at the location shown above, addressed to the interested party as shown above or as shown on the attached listing.

☐ Providing a copy of this notice to the filing party at the counter.

☐ Placing a copy of this notice in the bin located at this office, which is identified as the location for the above law firm's collection of file stamped documents.

☐ Electronically serving a copy of this notice via email to the interested party at the email address provided through eFile or the case file as shown above, in compliance with court procedures and applicable laws.

Date of Mailing: 8/25/2026

I declare under the penalty of perjury that the foregoing is true and correct. Executed on 8/25/2026 at Rancho Cucamonga, California.

By: Sabrina Jamison
Deputy Clerk

Marissa A. Warren, Esq., State Bar No. 249583
Email: mwarren@ljdfa.com
Jennifer A. Schwarz, Esq., State Bar No. 253067
Email: jschwarz@ljdfa.com
Maria M. Ibrahim, Esq., State Bar No. 368143
Email: mibrahim@ljdfa.com
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379

Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

Martha Elvia Perez, an Individual,

Plaintiff,

vs.

Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100,

Defendants.

CASE NO.:
*[Removal from Superior Court of California, San Bernardino, Case No.: CIVRS2607688]*

**REQUEST FOR JUDICIAL NOTICE**

*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Notice of Interested Parties; Declaration of Jennifer A. Schwarz, Esq.; and Exhibits]*

ACTION FILED: August 24, 2026

Defendant GARFIELD BEACH CVS, L.L.C. (hereinafter "Defendant") hereby request that, pursuant to Federal Rule of Civil Procedure 201, the Court take judicial notice of the following:

1. GARFIELD BEACH CVS, LLC's Business Entity Detail from the California Secretary of State website, a true and correct copy is attached hereto as **Exhibit C.**
2. CVS PHARMACY, INC.'S Business Entity Detail from the California Secretary of State website, a true and correct copy is attached hereto as **Exhibit D.**
3. CVS Health Corporation's Business Entity Detail from the Delaware Secretary of State website, a true and correct copy is attached hereto as **Exhibit E.**

Under Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of any fact "not subject to reasonable dispute in that it is… capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court can judicially notice the contents of public records like those attached hereto as **Exhibits C, D, and E.**

## CONCLUSION

Based on the foregoing, the above Request for Judicial Notice filed in support of the Notice of Removal should be granted.

Dated: October 30, 2026

LA FOLLETTE, JOHNSON DeHAAS, FESLER & AMES

MARISSA A. WARREN, ESQ.
JENNIFER A. SCHWARZ, ESQ.
MARIA M. IBRAHIM, ESQ.
Attorneys for Defendant,
GARFIELD BEACH CVS, LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ] ss.
COUNTY OF ORANGE ]

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 2677 North Main Street, Suite 901, Santa Ana, California 92705-6632.

On October 30, 2026, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE** by emailing a true copy, pursuant to the service list as follows and to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system.

Stephan Airapetian, Esq.
**STEPHAN FILIP ARAYI**
100 W Broadway. Suite 1200
Glendale, CA 91210
Phone: (323) 303-3533
Fax: (323) 303-3534
Email: service@sfalaw.com
***Attorneys for Plaintiff, MARTHA ELVIA PEREZ***

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on October 30, 2026, at Santa Ana, California.

JESSICA GONZALEZ



LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

# EXHIBIT C

BA20251070414

B3687-8659 05/14/2025 7:42 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20251070414
Date Filed: 5/14/2025

Entity Details

| | |
|---|---|
| Limited Liability Company Name | GARFIELD BEACH CVS, L.L.C. |
| Entity No. | 200432010237 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | None |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| CVS PHARMACY, INC. | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | Retail Pharmacy |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| + Thomas S Moffatt | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Melanie K. St Angelo* — Signature

*05/14/2025* — Date

Certificate Verification No.: 448880944 Date: 04/21/2026

# EXHIBIT D

BA20251071477

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20251071477
Date Filed: 5/14/2025

B3688-2378 05/14/2025 10:04 AM Received by California Secretary of State

Certificate Verification No.: 441207022 Date: 04/01/2026

**Entity Details**

| | |
|---|---|
| Corporation Name | CVS PHARMACY, INC. |
| Entity No. | 2543240 |
| Formed In | RHODE ISLAND |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Tracy L. Smith | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 | Chief Financial Officer, Chief Executive Officer |
| Thomas S. Moffatt | ONE CVS DRIVE<br>WOONSOCKET, RI 02895 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Melanie K. St Angelo | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 | Assistant Secretary | |
| + Joshua C. Cole | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 | Assistant Treasurer | |

**Directors**

| Director Name | Director Address |
|---|---|
| Tracy L. Smith | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 |
| Thomas S. Moffatt | 1 CVS DRIVE<br>WOONSOCKET, RI 02895 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | Healthcare Company |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

B3688-2379 05/14/2025 10:04 AM Received by California Secretary of State

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Melanie K. St Angelo* | *05/14/2025* |
| Signature | Date |

Certificate Verification No.: 441207022 Date: 04/01/2026

# EXHIBIT E

Delaware.gov




Department of State: Division of Corporations

HOME

Frequently Asked Questions

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

To order a Certificate of Status, or a Certified Copy or Plain copy of a filed document, contact a Delaware online agent or submit a request using the Document Filing and Certificate Request Service.

For more information please read the Frequently Asked Questions page.

General Information Name Search

* Required Field

* Entity Name: cvs health corporation or * File Number:

[This field is not case sensitive.]
[For exact searches use quotation marks.]

Search

| FILE NUMBER | ENTITY NAME |
|---|---|
| 2656078 | CVS HEALTH CORPORATION |
| 5731408 | CVS HEALTH GROWTH EQUITY FUND I GP, LLC |
| 5731423 | CVS HEALTH GROWTH EQUITY FUND I, LP |
| 6722817 | CVS HEALTH GROWTH EQUITY, LLC |
| 7540123 | CVS HEALTH SOLUTIONS LLC |

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

MARTHA ELVIA PEREZ

**(b)** County of Residence of First Listed Plaintiff: San Bernardino CA

*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Stephan Airapetian, Esq. / STEPHAN FILIP ARAYI
100 W Broadway. Suite 1200, Glendale, CA 91210
Telephone: (323) 303-3533

## DEFENDANTS

GARFIELD BEACH CVS, LLC

County of Residence of First Listed Defendant: Woonsocket, RI

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
2677 North Main Street, Suite 901, Santa Ana, California 92705-6632
Telephone (714) 558-7008

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(*Do not cite jurisdictional statutes unless diversity*)**:
28 U.S.C. sections 1332, 1441, and 1446

Brief description of cause:
Premises Liability and General Negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: 10/30/2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Marissa A. Warren, Esq., State Bar No. 249583
Jennifer A. Schwarz, Esq., State Bar No. 253067
Maria M. Ibrahim, Esq., State Bar No. 368143
LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008

ATTORNEY(S) FOR: Defendant, GARFIELD BEACH CVS, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Martha Elvia Perez, an Individual<br><br>Plaintiff(s),<br>v.<br>Garfield Beach CVS, LLC, a California Limited Liability Company; CVS Health Corporation, a Rhode Island Corporation; and DOES 1 TO 100<br>Defendant(s) | CASE NUMBER:<br>5:26-cv-06462<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant, GARFIELD BEACH CVS, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Martha Elvia Perez | Plaintiff |
| Garfield Beach CVS, LLC | Defendant |
| CVS Health Corporation | Defendant |
| Marissa A. Warren, Esq. | Defendant's Counsel |
| Jennifer A. Schwarz, Esq. | Defendant's Counsel |
| Maria M. Ibrahim, Esq. | Defendant's Counsel |
| LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES | Defendant's Counsel |
| Stephan Airapetian, Esq. | Plaintiff's Counsel |
| STEPHAN FILIP ARAYI | Plaintiff's Counsel |

October 30, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, GARFIELD BEACH CVS, LLC

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

**PROOF OF SERVICE - 1013a, 2015.5 C.C.P.**

STATE OF CALIFORNIA ]
] ss.
COUNTY OF SAN BERNARDINO ]

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES, 2677 N. Main Street, Suite 901, Santa Ana, CA 92705; my business email address is jagonzalez@ljdfa.com.

On October 30, 2026, I served the foregoing document described as **NOTICE TO THE CLERK OF THE SUPERIOR COURT OF SAN BERNARDINO AND TO OTHER PARTIES OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 144L(B)** on the interested parties in Re MARTHA ELVIA PEREZ v. GARFIELD BEACH CVS, LLC, et al., Court Case No. CIVRS2607688, Our Matter No. 06541.46605, by emailing a true copy thereof addressed as follows:

Stephan Airapetian, Esq.
**STEPHAN FILIP ARAYI**
100 W Broadway. Suite 1200
Glendale, CA 91210
Phone: (323) 303-3533
Fax: (323) 303-3534
Email: service@sfalaw.com
***Attorneys for Plaintiff, MARTHA ELVIA PEREZ***

__X__ **BY ELECTRONIC SERVICE:** [Code of Civ. Proc. §1010.6(e)] by electronically mailing the document(s) listed above to the e-mail address(es) set forth above, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure Section 1010.6(e).

____ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Ana, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY FACSIMILE:** I sent via facsimile, a copy of said document(s) to the following addressee(s) at the following facsimile number(s) in accordance with the written confirmation of counsel in this action.

____ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 30, 2026, at Santa Ana, California.

JESSICA GONZALEZ

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ] ss.
COUNTY OF ORANGE ]

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 2677 North Main Street, Suite 901, Santa Ana, California 92705-6632.

On November 6, 2026, I served the foregoing document described as **CERTIFICATE OF SERVICE OF NOTICE TO THE CLERK OF THE SUPERIOR COURT AND TO THE PARTIES OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)** by emailing a true copy, pursuant to the service list as follows and to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system.

Stephan Airapetian, Esq.
Asa Eaton, Esq.
**STEPHAN FILIP ARAYI**
100 W Broadway. Suite 1200
Glendale, CA 91210
Phone: (323) 303-3533
Fax: (323) 303-3534
Email: service@sfalaw.com
Email: asa@sfalaw.com
Email: mz@sfalaw.com
***Attorneys for Plaintiff, MARTHA ELVIA PEREZ***

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on November 6, 2026, at Santa Ana, California.

JESSICA GONZALEZ



LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES